IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**CHARLES JOHNSON**                                                                                   **PLAINTIFF**

**V.**                                                                **CAUSE NO. 3:12CV576-LG-JMR**

**TYRONE LEWIS in his official capacity;
HINDS COUNTY, MISSISSIPPI; JOHN
DOES 1-5**                                                                                             **DEFENDANTS**

### AGREED JUDGMENT OF DISMISSAL

The parties having agreed to and announced to the Court a settlement of this case, and the Court being advised that all parties have an informed understanding of their rights and a full appreciation of the consequences of the settlement, and the Court being desirous that this matter be finally closed on its docket;

**IT IS THEREFORE ORDERED AND ADJUDGED** that this case is hereby dismissed with prejudice as to all parties, with the parties to bear their own costs.

**SO ORDERED AND ADJUDGED** this the 17th day of March, 2014.

*s/ Louis Guirola, Jr.*
Louis Guirola, Jr.
Chief United States District Judge